Before STATE INDUSTRIAL BOARD, Respondent. JESSE BRANDOW, Respondent, v. TOWN OF COXSACKIE and Another, Appellants.— Award affirmed, with costs to the State Industrial Board. All concur, except H. T. Kellogg, J., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. WALTER BROWN, Respondent, v. CENTRAL UNION TRUST COMPANY OF NEW YORK and Another, Appellants.— The first award, covering the period from October 3, 1923, to January 1, 1924, is affirmed; the second award, covering the period from January 1, 1924, to October 24, 1924, is reversed and matter remitted for failure to make findings and to furnish proof of the wage-earning capacity of claimant during the period of the award, and upon the authority of *Mead* v. *Buffalo General Electric Co.* (212 App. Div. 191). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JENNIE COCCO, Respondent, v. WALSH CONSTRUCTION COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. BURT COLBURN, Respondent, v. THE LAWRENCE WEBSTER COMPANY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of Di Salvio* v. *Menihan Co.* (225 N. Y. 123). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN J. COSTELLO, Respondent, v. LUDLUM STEEL COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof of an accident occurring on or about March 4, 1923. All concur.

THE CITIZENS NATIONAL BANK OF HAMMOND, NEW YORK, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. BERTHA CRISP, Respondent, v. OWEN BUILDING COMPANY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no evidence to support the finding that the deceased sustained an accidental injury which arose out of the employment. All concur.

LINA HEATH COFFIN, as Administratrix, etc., of MINNIE E. HEATH, Deceased, Appellant, v. THE DELAWARE AND HUDSON COMPANY, Respondent.— Judgment reversed on the law and new trial granted, with costs to the appellant to abide the event, on the ground that the questions of the negligence of the deceased and of the defendant were proper questions for the consideration of the jury. All concur, except Hinman and McCann, JJ., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. JAMES D'OLIVERI, Respondent, v. AUSTIN, NICHOLS & COMPANY, INC., and Another, Appellants.— Undecided because of the death of claimant.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN DOXTATOR, Respondent, v. PRECISION CASTING COMPANY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the accident in question did not arise out of or in the course of the employment of the claimant. All concur.